IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XAVIER HOPKINS, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) No. 09 C 6877 |
| OFFICER M. O'BRIEN, et al., | ) ) ) Judge Pallmeyer |
| Defendants. | ) Magistrate Judge Brown |

### AGREED ORDER OF DISMISSAL

The parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs Xavier Hopkins, Marcus Simms, Jontavious Pruit, and Donya Jackson by their attorney Kevin Peters of the Law Offices of Kevin Peters, and Defendants, the City of Chicago and Matthew O'Brien, by their attorneys Daniel M. Noland and Derek B. Payette of Dykema Gossett PLLC, plaintiffs and defendants having entered into a Release and Settlement Agreement, the Court being fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs Xavier Hopkins, Marcus Simms, Jontavious Pruit, and Donya Jackson against defendants, Matthew O'Brien and the City of Chicago, are dismissed with prejudice in termination of this entire action, and with each party to bear their own costs and fees.

ENTER: _____
Judge Rebecca R. Pallmeyer
United States District Court

DATED: January 31, 2012